1
2
3                                                                JS-6
4
5
6
7
8                      UNITED STATES DISTRICT COURT
9                     CENTRAL DISTRICT OF CALIFORNIA
10
11   Pacific Life Insurance      )   Case No. **CV 09-5610-JFW (PLAx)**
     Company,                    )
12                               )   **ORDER DISMISSING CIVIL ACTION**
                 Plaintiff,      )
13                               )
         v.                      )
14                               )
     Catherine Kay Bailey, et    )
15   al.,                        )
                                 )
16               Defendants.     )
     _____
17
18
19       THE COURT has been advised by counsel that this action
20   has been settled, or is in the process of being settled.
21       IT IS THEREFORE ORDERED that this action is hereby
22   dismissed without prejudice to the right, upon good cause
23   shown within 30 days, to re-open the action if settlement is
24   not consummated.  During this 30 day period, this Court
25   retains full jurisdiction over this action and this Order
26   shall not prejudice any party to this action.
27   / / /
28

(Rev. 2/15/08)

1  In the event a motion or *ex parte* application to re-open
2  is not filed within 30 days, the dismissal of this action
3  will be with prejudice.
4
5  Dated: June 11, 2010                    _____
6                                                   JOHN F. WALTER
                                            United States District Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28